

Ronald Abramson
212 822 0163
ronald.abramson@lewisbaach.com

**VIA ECF**

July 7, 2014

Clerk of the Court
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *WAG Acquisition, LLC v. Data Conversions, Inc., et al.*
**Civil Action No. 2:14-cv-02345-ES-JAD**

Dear Clerk:

We represent the Plaintiff in the above-referenced matter.

Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff requests an adjournment of the motion day of Dkt. 19, the motion to dismiss filed by two of the defendants, WMM, LLC and WMM Holdings, LLC, originally returnable on July 21, 2014. This motion has not previously been extended or adjourned.

Plaintiff seeks an automatic adjournment of the original motion day to the next available motion day, which is August 4, 2014.

Sincerely,

Ronald Abramson

Cc:
Via ECF and Electronic Mail
Leda Dunn Wettre, Esq.
Frank M. Gasparo, Esq.
Ralph A. Dengler, Esq.
Todd M. Nosher, Esq.

The Chrysler Building | 405 Lexington Avenue, 32nd Floor, Suite A | New York, NY 10174 | t 212 826 7001 | f 212 826 7146
lewisbaach.com                                                              NEW YORK   WASHINGTON   LONDON   BUENOS AIRES